# Court of Appeals
# of the State of Georgia

ATLANTA,   November 28, 2016   

*The Court of Appeals hereby passes the following order:*

**A17D0153.  WILHY HARPO v. BROADSTONE MAPLE, LLC.**

On September 28, 2016, the superior court entered an order dismissing the appeal of "Leslie Onna and all other occupants" from a magistrate court default judgment in this dispossessory action.  On October 27, 2016, Wilhy Harpo filed this application for discretionary appeal.   Appeals from judgments in dispossessory actions, however, must be filed within seven days of the date the judgment was entered. See OCGA § 44-7-56; *Radio Sandy Springs, Inc. v. Allen Road Joint Venture*, 311 Ga. App. 334, 335-336 (715 SE2d 752) (2011).   Harpo filed this application 29 days after entry of the superior court order he wishes to appeal. Accordingly, the application is untimely, and it is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*    11/28/2016   
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*